UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONG YIN,<br><br>          Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>          Respondents. | Case No. 5:26-cv-01415 KK (ADS)<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On March 24, 2026, Petitioner Cong Yin, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition") concurrently with an Emergency Motion for Temporary Restraining Order. (Dkt. Nos. 1, 3.) On March 30, 2026, the Court granted a preliminary injunction. (Dkt. No. 8.) On April 29, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction, without requiring further proceedings. (Dkt. No. 12.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 12) and for the reasons stated in the Court's Order granting a preliminary injunction (Dkt. No. 8), the Petition is granted. Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  April 30, 2026

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2