JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONG YIN,

                  Petitioner,

                  v.

MARKWAYNE MULLIN, et al.,

                  Respondents.

Case No. 5:26-cv-01415 KK (ADS)

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction (Dkt. No. 8), and Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the

///

///

///

burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.  (JS-6)

Dated: April 30, 2026

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge

2